# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lilie Lomeli Gomez, et al., Plaintiffs, v. Wells Fargo Bank, N.A., et al., Defendants. | CV 19-00388-DSF-(FFMx) Order GRANTING Defendants' Motion to Dismiss (Dkt. 9) |

    Defendants Wells Fargo Bank, N.A. and U.S. Bank, N.A., as Trustee for Citigroup Mortgage Loan Trust 2006-HE3, move to dismiss Plaintiffs Lilie Lomeli Gomez, David Gomez, and Salvador Lomeli's complaint. Dkt. 9. This motion noticed a hearing date of March 11, 2019. Any opposition was due February 25, 2019. Local Rule 7-9. No opposition has been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 11 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). The Court GRANTS the unopposed motion.

IT IS SO ORDERED.

Date: March 5, 2019

Dale S. Fischer
United States District Judge