UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIE LOMELI GOMEZ, an individual; DAVID GOMEZ, an individual; and SALVADOR LOMELI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, a corporation; US BANK, NA, as trustee for CITIGROUP MORTGAGE LOAN TRUST 2006-HE3; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00388-DSF-FFM<br><br>**JUDGMENT OF DISMISSAL**<br><br>Assigned to: Hon. Dale S. Fischer, Courtroom 7D<br><br>Complaint Filed: December 13, 2018 |

By Order dated March 5, 2019 (“Order”), this Court granted Defendants Wells Fargo Bank, N.A.’s and U.S. Bank, N.A.’s, as Trustee for Citigroup Mortgage Loan Trust 2006-HE3 (the “Bank Defendants’”), unopposed motion to dismiss Plaintiffs’ Complaint and dismissed all of Plaintiffs’ claims. [ECF No. 11]. Plaintiffs have failed to amend their complaint within 21 days of the Court’s Order, and have thereby chosen not to amend and allow entry of judgment of dismissal.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs’ action is dismissed with prejudice, judgment is entered in favor of Bank Defendants and this case is closed.

IT IS SO ORDERED.
Date: April 11, 2019

Dale S. Fischer
Dale S. Fischer
United States District Judge